IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TION BELL and CHRISTIAN ZARAGOZA, individually and behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>                Defendant. | Case No. 1:22-cv-06455<br><br>Hon. Manish S. Shah |

**PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Tion Bell and Christian Zaragoza respectfully move this Court for a 21-day extension of time from the current deadline of February 9, 2024, up to and including March 1, 2024, to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. In support of its motion, Plaintiffs state as follows:

1. The parties informed the court they had reached a settlement in principle on January 8, 2024. Dkt. No. 37.

2. The parties were directed to file a Motion for Preliminary Approval of the proposed settlement by February 9, 2024. Dkt. No. 39.

3. A status hearing is set for February 16, 2024. Dkt. No. 39.

4. The parties need additional time to effectuate and execute the final settlement agreement.

5. This request is made in good faith and not for purposes of delay.

6. An extension of time will not unreasonably delay resolution of the case or unduly prejudice any parties.

7. This is Plaintiffs' first request for extension of time.

WHEREFORE, Plaintiffs Tion Bell and Christian Zaragoza respectfully request that the Court enter an order extending the time for it to file Plaintiffs' Motion for Preliminary Approval of Class Action Settlement up to and including March 1, 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 8, 2024 | /s/ Mara Baltabols<br>One of Plaintiffs' Attorneys |
|  | David Fish<br>Mara Baltabols<br>Fish Potter Bolaños PC<br>111 East Wacker Drive, Suite 2300<br>Chicago, Illinois 60601<br>Tel. (312) 861-1800<br>dfish@fishlawfirm.com<br>mara@fishlawfirm.com |

## **CERTIFICATE OF SERVICE**

I, Mara Baltabols an attorney, hereby certify that on February 8, 2024, I caused the foregoing to be filed with the clerk of court using the Court's CM/ECF system, which will serve electronic notice upon all parties of record.

          /s/ Mara Baltabols
*One of Plaintiffs' Attorneys*