# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tion Bell, et al.

                      Plaintiff,

v.                                              Case No.: 1:22−cv−06455
                                                         Honorable Sunil R. Harjani

Petco Animal Supplies Stores, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 14, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held by telephone. For the reasons stated on the record, and without any objections, Plaintiffs' combined motion and memorandum of law in support of preliminary approval of class action settlement [43] is granted. The parties shall submit a final preliminary approval proposed order to the Court by 7/5/2024. Final approval hearing set for 7/25/2024 at 9:30 a.m. by telephone. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.