# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tion Bell, et al.

                                        Plaintiff,

v.                                                               Case No.: 1:22−cv−06455

                                                                                     Honorable M. David Weisman

Petco Animal Supplies Stores, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

      MINUTE entry before the Honorable M. David Weisman: Status hearing held. Court finds the proposed class settlement to be fair and reasonable for the reasons stated in open court. Plaintiffs' motion in support of attorneys' fees, costs, and service awards [51] and Plaintiffs combined motion and memorandum of law in support of final approval of class action settlement [53] are granted. Enter order. Civil case terminated. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.